AG Golden

## Affidavit of Anthony Mel ~~Gordon~~ Golden

AG Golden

My name is Anthony Mel ~~Gordon~~ Golden and hereby affirm under penalty of perjury the following:

1. I reside at 23524 Adagio Terrace, Brambleton, Virginia 20148.
2. I am over 18 years of age and am under no legal disability to make this Affidavit.
3. I am a longtime friend of Gokhan Gun.
4. I am not legally prohibited from possessing firearms.
5. I have taken possession of the following firearms from the residence owned by Mr. Gun located at 7421 Tillman Drive, Falls Church, Virginia 22043:

    a. Sig Sauer P226 - Black / no ammo in Black Box
    b. Stinger Bond Stubby 9mm - Silver / airtag / 4 rounds ammo
    c. Winchester 45-cal Colt rifle / w/ lock / 1 in green box no ammo in Brown leather sleeve
    d. _____
    e. _____
    f. _____
    g. _____
    h. _____

6. To the best of my knowledge, the above list comprises all of the firearms owned by Mr. Gun.

I declare under penalty of perjury that the foregoing is true and accurate.

Signed on this __14th__ day of August, 2024.

_Anthony G. Golden_
Signature

_[signature]_
Signature

ANTHONY MEL GOLDEN
Name – Affiant

Gieta Nejad
Name – Witness

Sworn before me this ~~8-14-24~~ 14th / 25 day of August, 2024.



Notary Public
My Commission expires: 10/31/2026

[Notary seal: ZOHAL SHARIF, NOTARY PUBLIC, REG. #7984225, MY COMMISSION EXPIRES 10/31/2026, COMMONWEALTH OF VIRGINIA]