Judge: **Michael S. Nachmanoff**

Date: 8/29/2024
Time: 1:57 P.M. to 2:46 P.M.

Reporter: Diane Salters
Interpreter: N/A
Language:
Courtroom Deputy: Lynnelle Creek

**UNITED STATES of AMERICA**
       Vs.

**GOKHAN GUN**      1:24-MJ-325
Defendant's Name      Case Number

John Gibbs      Rammy Barbari
Counsel for Defendant      Counsel for Government

Matter called for:
(✓) Motions      ( ) Setting Trial Date      ( ) Change of Plea Hrg.      ( ) Rule 35
( ) Arraignment      ( ) Appeal from USMC      ( ) Sentencing      ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.      ( ) Pre-Indictment Plea      ( ) Other: _____

Defendant appeared:      (✓) in person      ( ) failed to appear
     (✓) with Counsel      ( ) without counsel      ( ) through counsel

## MOTION HEARING

- Motion to Revoke Release Order by USA (Dkt. 19) argued and GRANTED.
- Govt's exhibit no.1 filed in open court
- Govt adduced evidence and rests-Agent Ramsden sworn.
- Defendant remanded.